UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:81-CR-00013-PMP |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| REGINALD DWYANE JOHNSON, ) | |
| ) | |
| Defendant. ) | |

Before the Court for consideration is Defendant Reginald Johnson's Application to Proceed Without Prepayment of Fees (Doc. #24), filed August 26, 2013.

A review of the Court's docket sheet, however, shows that nothing has been filed in this case since 1981. As there are no pending motions or other requests for relief currently pending before the Court, and good cause appearing,

**IT IS ORDERED** that the Motion for Application to Proceed Without Prepayment of Fees in the above case (Doc. #24) is **DENIED** without prejudice.

DATED: September 16, 2013.

_____
PHILIP M. PRO
United States District Judge